ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Rizzani de Eccher (USA), Inc. ) | ASBCA No. 62364 |
| ) | |
| Under Contract No. W912ER-11-C-0001 ) | |

APPEARANCES FOR THE APPELLANT:    Jeffrey G. Gilmore, Esq.
John M. Neary, Esq.
Akerman LLP
Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Michael P. Goodman, Esq.
Engineer Chief Trial Attorney
Nancy L. Pell, Esq.
Engineer Trial Attorney
U.S. Army Engineer District, Middle East
Winchester, VA

OPINION BY ADMINISTRATIVE JUDGE SHACKLEFORD

This is the quantum phase of ASBCA No. 61805. The parties have filed a joint motion for entry of a consent judgment in favor of appellant in the amount of $4,524,796.11. They also represent that interest shall accrue on this amount from November 30, 2019 until paid.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e). 7108(b), and the parties joint motion that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $4,524,796.11 plus Contract Disputes Act interest from November 30, 2019 until paid.

Dated: February 14, 2020

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 62364, Appeal of Rizzani de Eccher (USA), Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2